No. 82–1215. PAUL ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–1226. LAIRD *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–1258. BRAEMOOR ASSOCIATES ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 7th Cir. Certiorari denied.

No. 82–1266. EISENBERG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–1292. SPRINGDALE SCHOOL DISTRICT NO. 50 OF WASHINGTON COUNTY *v.* GRACE, A MINOR, ET AL. C. A. 8th Cir. Certiorari denied.

No. 82–1302. SEA-LAND SERVICE, INC. *v.* AKERMANIS. C. A. 2d Cir. Certiorari denied.

No. 82–1303. BUTTREY ET AL. *v.* UNITED STATES ET AL. (two cases). C. A. 5th Cir. Certiorari denied.

No. 82–1355. YELLOWFISH ET AL. *v.* CITY OF STILLWATER, OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–1393. KAUFMAN *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 82–1404. NIGRO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–1424. CHAMBERS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.